AO 91 (Rev.5/85) - Criminal Complaint

# United States District Court

FILED  E-FILING

2008 JUN 23 P 2:52

NORTHERN DISTRICT OF CALIFORNIA

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES OF AMERICA

V.

Gerardo GARCIA-Soto

(Name and Address of Defendant)

CRIMINAL COMPLAINT

08-70377 

CASE NUMBER:

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On a date unknown but no later than, __June 2, 2008__, in __Monterey County__ in the __Northern__ District of __California__ defendant(s)

Unlawfully re-entered and was found in the United States after deportation, without the permission of the Attorney General

in violation of Title __8__ United States Code, Section(s) __1326__
I further state that I am a(n) __Deportation Officer__ and that this complaint is based on the following
                              Official Title
facts:

SEE ATTACHED AFFIDAVIT

PENALTIES: $250,000.00 fine, two (2) years imprisonment and $100.00 special assessment fee and a Term of Supervised Release up to three years.

Requested bail: Issue no bail warrant.

APPROVED AS TO FORM: _____
ASSISTANT UNITED STATES ATTORNEY

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

__6/23/08__ at __San Jose, California__
Date                                                     City and State

Richard Seeborg
UNITED STATES MAGISTRATE JUDGE
Name & Title of Judicial Officer

_____
Signature of Judicial Officer

**RE:** Gerardo GARCIA-Soto                                                            A98 406 717

I am a Deportation Officer of the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE). I have been employed by this agency, U.S. Customs & Border Protection and the former Immigration and Naturalization Service (INS), since October 1, 2002. I am currently assigned to the Criminal Alien Program at the San Jose, California Sub-Office. In such capacity, I have reviewed the official immigration "A-File" relating to the above named defendant, which attests to the following:

(1) The DEFENDANT Gerardo GARICA-Soto (AKA: Jose GARICA), is a 21 year-old single male whose DOB is currently understood to be December 25, 1987 (The DEFENDANT has also used December 25, 1986 as an alternate Date of Birth). He is a citizen and native of Mexico as substantiated by multiple statements made to that effect by the DEFENDANT in a sworn statement on February 24, 2006 during an interview that was initiated by U.S. Border Patrol Agent James Williams at the Yuma, Arizona Border Patrol Station. Additionally, the DEFENDANT verbally admitted that he was both a citizen and national of Mexico to Immigration Enforcement Agent (IEA) David Picazo, during an interview at the Monterey County Jail on February 8, 2008;

(2) The DEFENDANT has been assigned Alien Registration number of A 98 406 717, FBI number of 054884DC3, California Criminal State ID Number of A25059996 and PFN Number DWC835;

(3) On February 1, 2005, the DEFENDANT was convicted in the Superior Court of California/County of Monterey, for the offense of: TAKING A VEHICLE WITHOUT THE OWNERS CONSENT, a misdemeanor, in violation of California Vehicle Code, Section 10851(A) and sentenced to (90) days in jail;

(4) On February 17, 2006, the DEFENDANT was determined to be unlawfully present in the United States by the EOIR Immigration Judge, Eloy, Arizona, and was subsequently removed from the United States to Mexico on the same day.;

(5) On February 27, 2006, the DEFENDANT was convicted in the United States District Court/District of Arizona, for the offense of: ILLEGAL ENTRY INTO UNITED STATES, a misdemeanor, in violation of Title 8 United States Code, Section 1325 and sentenced to (75) days in jail;

(6) On May 9, 2006, the DEFENDANT was determined to be unlawfully present in the United States by the Agent in Charge, U. S. Border Patrol Station, Yuma, Arizona, and was subsequently removed from the United States to Mexico;

RE: Gerardo GARCIA-Soto                                                                      A98 406 717

(7)   The DEFENDANT, on a date unknown, but no later than June 2, 2008, in Monterey County in the Northern District of California, was found to be unlawfully present in the United States, after prior arrests and removals/deportations, without the permission of the Attorney General or the Secretary of Homeland Security, in violation of Title 8, Section 1326;

(8)   The DEFENDANT'S official A-File does not contain any record or indication that he either requested or received permission from the Secretary of the Department of Homeland Security or the Attorney General of the United States to reenter the United States;

(9)   On June 16, 2008, the DEFENDANT'S fingerprints were taken as part of the standard booking procedure at DRO/ICE San Jose. A latent print examiner at the Santa Clara County Sheriff's Department compared those fingerprints with fingerprints of Juan Gabriel CORNELIO on official documents in his Administrative File. The latent print examiner determined that the fingerprints were identical.

(10)  Based on the above stated information, this Officer believes there is sufficient probable cause that the Defendant is present within the United States in violation of Title 8, United States Code, Section 1326.

_____
Timothy F. Purdy
Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn to before me this 23rd day of June, 2008

_____
Richard Seeborg
UNITED STATES MAGISTRATE JUDGE